IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>MALACHI ROBINSON,<br>[DOB: 07/06/1996]<br><br>                    Defendant. | Case No. _____<br><br>COUNT ONE<br>18 U.S.C. § 249(a)(2) (Hate Crimes)<br>NMT: Life<br>NMT: 5 Years Supervised Release<br>NMT: $250,000 Fine<br>Class A Felony<br><br>COUNT TWO<br>18 U.S.C. § 924(c)(1)(A) (Use of a Firearm During a Crime of Violence)<br>NLT: 10 Years (consecutive)<br>NMT: 5 Years Supervised Release<br>NMT: $250,000 Fine<br>Class A Felony<br><br>$100 Mandatory Special Assessment |

## **INDICTMENT**

### COUNT ONE

(Hate Crime Involving an Attempt to Kill)

The Grand Jury charges that:

On or about May 29, 2019, in the Western District of Missouri, MALACHI ROBINSON, the defendant herein, did willfully cause, and through the use of a firearm and dangerous weapon attempt to cause, bodily injury to M.S. because of M.S.'s actual and perceived sexual orientation; and, in connection with the offense, the defendant employed a firearm and dangerous weapon which travelled in interstate and foreign commerce; specifically, defendant MALACHI ROBINSON employed a 9-millimeter handgun and ammunition. The offense included an attempt to kill M.S.

All in violation of Title 18, United States Code, Section 249(a)(2).

## COUNT TWO

(Discharge of a Firearm During a Crime of Violence)

The Grand Jury further charges that:

On or about May 29, 2019, in the Western District of Missouri, defendant MALACHI ROBINSON, knowingly used, carried, and discharged a firearm, namely a 9-millimeter handgun loaded with ammunition, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the offense that is charged in Count One of this Indictment and is hereby incorporated by reference.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

8/10/2021
DATE

*/s/* Cynthia Kivett
FOREPERSON OF THE GRAND JURY

*/s/ Dave Ketchmark for Teresa Moore*
Teresa A. Moore
Acting United States Attorney