# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MALACHI ROBINSON,<br><br>               Defendant. | Case No. 21-00193-01-CR-W-BCW |

## MOTION FOR DETENTION

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of Malachi Robinson, and states the following in support of the motion:

1. This motion is being made at the defendant's first appearance before a judicial officer. A two-count indictment has been returned by a federal grand jury charging the defendant in count one with a violation of Title 18 U.S.C. § 249(a)(2), hate crime involving an attempt to kill and in count two with a violation of Title 18 U.S.C. § 924(c), discharge of a firearm during a crime of violence.

2. Based upon the fact that this indictment involves an offense that would qualify as a crime of violence pursuant to Title 18 U.S.C. §§ 3142(f)(1)(A) and 3156(a)(4)(A) and have a maximum punishment of life imprisonment, the United States is requesting this Court to hold a detention hearing and following such hearing to order the defendant's detention pending resolution of these matters.

3. Furthermore, the United States submits that there is clear and convincing evidence that there are no conditions which the Court could place on the defendant's release which would reasonably assure the defendant's appearance in Court and the safety of the community. See 18 USC § 3142(g)(1) nature and circumstances of the offense; (2) weight of the evidence; and (4) danger to the community. Because of this, the United States requests that a detention hearing be held and that the defendant be detained.  See generally, United States v. Sazenski, 806 F.2d 846, 848 (8th Cir. 1986); United States v. Warren, 787 F.2d 1237, 1338 (8th Cir. 1986). WHEREFORE, based on the foregoing, the United States requests that the Court hold a Detention Hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendant.

              Respectfully submitted,

              Teresa A. Moore
              Acting United States Attorney

          By /s/David Ketchmark

              David Ketchmark
              Assistant United States Attorney
              Charles Evans Whittaker Courthouse
              400 East Ninth Street, Suite 5510
              Kansas City, Missouri   64106
              Telephone:   (816) 426-3122

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on August 11, 2021, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

                                      /s/David Ketchmark
                                      David Ketchmark
                                      Assistant United States Attorney