# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-00193-01-CR-W-BCW |
| MALACHI ROBINSON, | |
| Defendant. | |

## MOTION TO REQUEST WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by the United States Attorney for the Western District of Missouri and the undersigned Assistant United States Attorney and, in support of its Motion for the Court to issue the attached Order and Writ of Habeas Corpus Ad Prosequendum, offers the following suggestions in support:

1. The defendant is presently incarcerated at the Jackson County Detention Center, 1300 Cherry, Kansas City, Missouri.

2. The defendant is charged in the United States District Court for the Western District of Missouri in a two count indictment returned by a federal grand jury on August 10, 2021. In count one of the indictment, the defendant is charged with a violation of Title 18, United States Code, Section 249, that is a hate crime involving an attempt to kill, and in count two he is charged with a violation of Title 18, United States Code, Section 924(c), that is discharge of a firearm during a crime of violence.

3. In order to proceed with the prosecution, the United States respectfully requests the issuance of an Order and Writ of Habeas Corpus Ad Prosequendum for this defendant, and that the Order provide MALACHI ROBINSON, be produced forthwith.

For the above reasons, the Government requests that the court issue the attached Order and Writ of Habeas Corpus Ad Prosequendum.

> Respectfully submitted
>
> Teresa A. Moore
> Acting United States Attorney
>
> By  /s/ David M. Ketchmark
>
> David M. Ketchmark #46929
> Assistant United States Attorney
>
> 400 E. 9th Street
> Kansas City, Missouri 64106

2

Case 4:21-cr-00193-BCW   Document 7   Filed 08/11/21   Page 2 of 2