# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-cr-00193-BCW |
| ) | |
| MALACHI ROBINSON, ) | |
| ) | |
| Defendant, ) | |

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL SETTING

COMES NOW the Defendant, Malachi Robinson, by and through his counsel, Jeffrey Gedbaw, and moves this Court to continue the trial setting in this matter from the present setting on the November, 2021 trial docket, and to reset this matter to the trial docket that commences in July of 2022. In support of this motion, Mr. Robinson states the following:

1. The Defendant is presently charged with the offense of a Hate Crime Involving an Intent to Kill, in violation of 18 U.S.C. § 249(a)(2); and the offense Use of a Firearm During a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A), with the Indictment being filed on August 10, 2021 (Doc. 3).

2. This matter is presently set for trial during the trial term commencing in November, 2021.

3. Counsel for the Defendant needs additional time to review discovery, consult with the Defendant, and conduct investigation on this case. Due to the fact that this is a recently filed case, counsel has not had adequate opportunity to fully complete those tasks, and will not be in a position to adequately prepare this matter for trial or disposition prior to the November, 2021 trial term.

1

4. Acting United States Attorney Teresa Moore has been consulted on this matter and has stated that she has no objection to this continuance request. Furthermore, the parties have agreed that a trial setting in July of 2022 would be a reasonable time frame for a case of this nature, and the parties have agreed upon scheduling and proposed deadlines.

5. Counsel has consulted with Mr. Robinson about this request for a continuance, and Mr. Robinson consents to this request. Mr. Robinson understands that he is facing extremely serious charges, and that the need for his attorney to have ample time to investigate this case and thoroughly review the discovery outweighs any need for him to have a speedy trial in this matter.

WHEREFORE, the Defendant moves this Court to continue the trial setting in this matter from the current setting on the November, 2021 trial docket, and to reset this matter for trial on the trial docket that begins in July of 2022.

Respectfully submitted,

*/s/ Jeffrey Gedbaw*

Jeffrey Gedbaw, Mo Bar No. 56318
Attorney for Defendant
618 SE 4th St., Suite 204
Lee's Summit, MO 64063
Phone: (816) 379-5329
Fax: (816) 272-5967
jgedbaw@gedbawlawfirm.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 11, 2021, a true copy of the foregoing was served on all parties by electronic filing through the ECF system.

*/s/ Jeffrey Gedbaw*

_____

Jeffrey Gedbaw